# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Bankruptcy Case No. 05-50219 JAD |
| ) | Chapter 11 |
| **MON VIEW MINING COMPANY,** ) | |
| ) | Document No. |
| Debtor. ) | |
| ) | |

## NOTICE OF ENTRY OF APPEARANCE

The law firm of JACKSON KELLY PLLC hereby enters its appearance as attorneys for party in interest Massey Energy Company ("Massey") in this case. In addition, pursuant to Rule 2002, the undersigned counsel hereby requests that copies of all notices, pleadings and other matters filed herein to be served on counsel, and that they be placed on the Court's matrix.

PLEASE TAKE FURTHER NOTICE that under Section 1109(b) of the Bankruptcy Code, this request includes not only the notices and papers referred to in the Bankruptcy specified above, but also, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier services, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise (1) affects or seeks to affect in any way any rights or interests of any creditors or parties in interest in this case, including Massey, with respect to (a) the debtor, (b) property of the debtor's estate, or proceeds thereof, in which the debtor may claim an interest, or (c) property or proceeds thereof in the possession, custody or control of other(s) that the debtor may seek to use; or (2) requires or seeks to require any act, delivery of any property, payment or other conduct by Massey.

c1284185

PLEASE TAKE FURTHER NOTICE that (1) neither this Notice of Appearance nor any later appearance, pleading, claim or suit shall waive Martin Coal's right to have final orders in non-core matters entered only after de novo review by a District Judge; (2) Massey's right too trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to this case; (3) Massey's right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any other rights, claims, actions, defenses, setoffs or recoupments to which Martin County Coal is or may be entered under agreement, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs and recoupments Massey expressly reserves.

Respectfully submitted,

JACKSON KELLY PLLC

/s/ Adam S. Ennis
Adam S. Ennis (PA ID # 71999)
Three Gateway Center, Suite 1340
401 Liberty Avenue
Pittsburgh, PA 15222
412-434-8055 - phone
412-434008062 - fax
aennis@jacksonkelly.com

Mary Elisabeth Naumann
175 E. Main Street, Suite 500
P.O. Box 2150
Lexington, KY 40588-9945
859-255-9500 - phone
859-252-0688 - fax
mnaumann@jacksonkelly.com
(motion for admission *pro hac vice* pending)

Counsel for Massey Energy Company

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: )
)  Bankruptcy Case No. 05-50219 JAD
**MON VIEW MINING COMPANY,** )
)  Chapter 11
Debtor. )
)

## CERTIFICATE OF SERVICE

The undersigned certifies under penalty of perjury that I served the foregoing NOTICE OF ENTRY OF APPEARANCE on the parties at the addresses specified below on November 19, 2007. The type of service made on the parties was electronic notification and first class mail. Because more than one method of service was employed, this certificate of service groups the parties by the type of service.

**Service by Electronic Notification:**

Donald R. Calaiaro
dcalaiaro@calaiarocorbett.com
aheath@ calaiarocorbett.com
vschettler@ calaiarocorbett.com

Richard S. Canciello
rcanciello@mdbbe.com

Maureen A. Dowd
mdowd@chromulak.com

Frank A. Falvo
frank.a.falvo@irscounsel.treas.gov
pitirs.bk.email@irscounsel.treas.gov

Jason J. Leininger
jleininger@portnoffonline.com
kburaks@portnoffonline.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Scott E. Schuster
sschuster@bernsteinlaw.com
sharding@bernsteinlaw.com
pghecf@bernsteinlaw.com

Claudia Davidson
cdavidson@choiceonemail.com

William T. Gorton
wgorton@stites.com

Ralph A. Finizio
finizior@pepperlaw.com
krugerb@pepperlaw.com

Gail A. Myers
gaimyers@state.pa.us
cfritch@state.pa.us
kdecesare@state.pa.us

Deborah Candace Phillips
dephillips@state.pa.us

c1284185

Paul E. Skirtich
Paul.Skirtich@usdoj.cov
Patricia.Fitzgerald@usdoj.gov
Deborah.Verrilla@usdoj.gov
Jennifer.Burd@usdoj.gov
Carol.Friedrich@usdoj.gov

S. James Wallace
jgawlowski@eqt.com
DBrown@eqt.com

Mark E. Freedlander
mfreedlander@mcguirewoods.com
hhickman@mcguirewoods.com

Harry A. Readshaw
hreadshaw@eckertseamans.com

Joel M. Helmrich
jmh@muslaw.com
kam@muslaw.com
lls@muslaw.com
muslawpitt@yahoo.com

Leonard F. Spagnolo
lspagnolo@bentzlaw.com
ewschmetzer@bentzlaw.com

Joseph M. Fornari Jr.
On behalf of the United States Trustee
Joseph.M.Fornari@usdoj.gov

**Service by First Class Mail:**

Barbara Grabowski
PA Dept. of Environmental Protection
400 Waterfront Drive
Pittsburgh, PA 15222

Charles Kelly, Esq.
Sinclair, Kelly, Jackson, Reinhart & Hayden
501 Corporate Drive, Suite 200
Canonsburg, PA 15317

Barbara E. Locklin, Esq.
UMWA Health and Retirement Funds
Office of the General Counsel
2121 K Street, NW, Ste. 350
Washington, DC 20037

Washington County Tax Claims Bureau
ATTN: Francis L. King
100 West Beau Street, Suite 102
Washington, PA 15301

Kristin L. Pieseski, Esq.
Davies, McFarland & Carroll, P.C.
The Tenth Floor, One Gateway Center
Pittsburgh, PA 15222-1416

Mon View Mining Company
ATTN: John Hatch
1200 Mingo Creek Road
Finleyville, PA 15332

Janet Pickering
Internal Revenue Service
The Office of District Counsel
Liberty Center - 601 C
1001 Liberty Avenue
Pittsburgh, PA 15222

Mon View Mining Company
740 Rolling Green Drive
Bethel Park, PA 15102

c1284185

Leech Tischman
525 William Penn Place
Pittsburgh, PA 15219

Mon View Mining Company
ATTN: Gary Hill
1333 Voyager Drive
West Newton, PA 15089

Lyndall J. Huggler, Esq.
Blumling & Gusky, LLP
1200 Koppers Building
436 7th Avenue
Pittsburgh, PA 15219

Executed on: <u>November 19, 2007</u>

By: <u>/s/ Adam Ennis</u>
    Adam S. Ennis

JACKSON KELLY PLLC
Three Gateway Center, Suite 1340
Pittsburgh PA, 15222
(412) 434-8804
aennis@jacksonkelly.com
PA ID # 71999